VAN–063 Order Dismissing Case – Rev. 03–11–2003

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Greenville Division

IN RE:
Larry Wellman
410 W. Garner Street
Wilson, NC 27893

CASE NO.: 13–06245–8–SWH

DATE FILED: October 3, 2013

CHAPTER: 13

Freida P. Wellman
PO Box 194
Garysburg, NC 27831

ORDER OF DISMISSAL

The court finds that Larry Wellman and Freida P. Wellman has/have failed to comply with the provisions of the confirmed chapter 13 plan or to obtain confirmation of a plan. Cause exists to dismiss this case as to this debtor(s). Should Larry Wellman and Freida P. Wellman file another petition within one year, the automatic stay may be limited to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay. Now therefore,

IT IS ORDERED that this case is dismissed as to Larry Wellman and Freida P. Wellman and all funds held by the trustee shall be disbursed to the appropriate parties as required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the local rules of this court.

DATED: May 21, 2015

Stephani W. Humrickhouse
United States Bankruptcy Judge