# United States Bankruptcy Court
For The
Eastern District of North Carolina Greenville Division

| | |
|---|---|
| LARRY & FREIDA P. WELLMAN | Case No.: 13-06245-8-SWH |
| 410 W. GARNER STREET | SS #1: XXX-XX-7559 |
| WILSON, NC 27893 | SS #2: XXX-XX-7746 |

## FINAL REPORT AND ACCOUNT

| This case was commenced on | MO. | DAY | YR. | | The Plan was confirmed on | MO. | DAY | YR. | | The Case was concluded on | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10 | 03 | 13 | | | 12 | 09 | 14 | | | 05 | 21 | 15 |

Dismissed After Confirmation

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS:  Amount paid to the Trustee by or for the Debtor for benefit of creditors.                                     $    75,086.00

| DISBURSEMENTS TO CREDITORS | | | AMOUNT ALLOWED | AMOUNT PAID | | BALANCE DUE |
|---|---|---|---|---|---|---|
| CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | | PRINCIPAL | INTEREST | |
| LARRY & FREIDA P. WELLMAN | 777 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| EMPLOYMENT SECURITY COMMI | ESC | Special | 0.00 | 0.00 | 0.00 | Not Filed |
| INTERNAL REVENUE SERVICE | IRS | Special | 0.00 | 0.00 | 0.00 | Not Filed |
| NC DEPT. OF REVENUE | NCREV | Special | 0.00 | 0.00 | 0.00 | Not Filed |
| SELECT PORTFOLIO SERVICIN | 802 | Secured | 11,846.29 | 11,846.29 | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICIN | 800 | Secured | 1,607.78 | 0.00 | 0.00 | 1,607.78 |
| INTERNAL REVENUE SERVICE | 008 | Secured | 50,876.55 | 0.00 | 0.00 | 50,876.55 |
| SECURITY FINANCE CORP | 009 | Secured | 2,475.00 | 0.00 | 0.00 | 2,475.00 |
| SELECT PORTFOLIO SERVICIN | 015 | Secured | 7,195.21 | 7,195.21 | 0.00 | 0.00 |
| RUSHMORE LOAN MANAGEMENT | 011 | Secured | 11,561.40 | 11,561.40 | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL | 012 | Secured | 3,381.40 | 0.00 | 0.00 | 3,381.40 |
| RUSHMORE LOAN MANAGEMENT | 013 | Secured | 15,293.90 | 15,293.90 | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERV | 014 | Secured | 975.54 | 0.00 | 0.00 | 975.54 |
| SELECT PORTFOLIO SERVICIN | 010 | Secured | 8,566.38 | 8,566.38 | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICIN | 016 | Secured | 7,010.42 | 7,010.42 | 0.00 | 0.00 |
| SUNTRUST BANK | 017 | Secured | 27,600.00 | 2,116.64 | 1,747.36 | 25,483.36 |
| TOWN OF GARYSBURG | 018 | Secured | 1,901.18 | 0.00 | 0.00 | 1,901.18 |
| WELLS FARGO DEALERS | 019 | Secured | 24,836.02 | 1,904.66 | 1,572.38 | 22,931.36 |
| WILSON COUNTY TAX COLLECT | 020 | Secured | 0.00 | 0.00 | 0.00 | DirectPay |
| WILSON COUNTY TAX COLLECT | 021 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| WILSON COUNTY TAX COLLECT | 022 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| WILSON COUNTY TAX COLLECT | 023 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| ADT SECURITY SERVICE | 024 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| ALTAIR OH XIII LLC | 025 | Unsecured | 631.51 | 0.00 | 0.00 | 631.51 |
| CAPITAL ONE BANK | 026 | Unsecured | 283.73 | 0.00 | 0.00 | 283.73 |
| CENTURY LINK | 027 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CITIFINANCIAL | 028 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CITY OF WILSON | 029 | Unsecured | 379.69 | 0.00 | 0.00 | 379.69 |
| COMENITY BANK | 030 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| QUANTUM3 GROUP LLC AS AGE | 031 | Unsecured | 740.55 | 0.00 | 0.00 | 740.55 |
| CREDIT COLLECTION SERVICE | 032 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| AMERICAN INFO / DIRECTV | 033 | Unsecured | 754.02 | 0.00 | 0.00 | 754.02 |
| GECRB | 034 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| NC DEPT. OF REVENUE | 035 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| NC DEPT. OF REVENUE | 036 | Secured | 84,576.71 | 0.00 | 0.00 | 84,576.71 |
| SLM FINANCIAL CORP. | 037 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SPRINT NEXTEL | 038 | Unsecured | 198.11 | 0.00 | 0.00 | 198.11 |

...

# United States Bankruptcy Court
For The
Eastern District of North Carolina Greenville Division

LARRY & FREIDA P. WELLMAN  
410 W. GARNER STREET  
WILSON, NC 27893

Case No.: 13-06245-8-SWH  
SS #1: XXX-XX-7559  
SS #2: XXX-XX-7746

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. |
|---|---|---|---|
| This case was commenced on | 10 | 03 | 13 |
| The Plan was confirmed on | 12 | 09 | 14 |
| The Case was concluded on | 05 | 21 | 15 |

Dismissed After Confirmation

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.   $ 75,086.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| STAPLES CREDIT PLAN | 039 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SHAPIRO & INGLE, LLP | 040 | Special | 0.00 | 0.00 | 0.00 | 0.00 |
| PITNEY BOWES INC | 041 | Unsecured | 814.47 | 0.00 | 0.00 | 814.47 |
| SECURITY FINANCE CORP | 009 | Unsecured | 2,063.70 | 0.00 | 0.00 | 2,063.70 |
| DEBBIE RICHEY | 042 | Special | 0.00 | 0.00 | 0.00 | 0.00 |
| WS BADCOCK CORPORATION | 043 | Secured | 159.99 | 0.00 | 0.00 | 159.99 |
| WS BADCOCK CORPORATION | 043 | Unsecured | 535.24 | 0.00 | 0.00 | 535.24 |
| SUNTRUST BANK | 017 | Unsecured | 7,527.05 | 0.00 | 0.00 | 7,527.05 |
| SELECT PORTFOLIO SERVICIN | 044 | Secured | 925.53 | 0.00 | 0.00 | 925.53 |
| WILSON COUNTY TAX COLLECT | 020 | Priority | 400.18 | 0.00 | 0.00 | 400.18 |
| SPRINT NEXTEL CORP | 045 | Special | 0.00 | 0.00 | 0.00 | 0.00 |
| SOUTHERN LOANS | 046 | Unsecured | 718.17 | 0.00 | 0.00 | 718.17 |
| SPRINGLEAF FINANCIAL SERV | 047 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| WELLS FARGO BANK, N.A. | 048 | Special | 0.00 | 0.00 | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICIN | 049 | Secured | 900.67 | 0.00 | 0.00 | 900.67 |
| ALTAIR OH XIII LLC | 050 | Special | 0.00 | 0.00 | 0.00 | 0.00 |
| RUSHMORE LOAN MANAGEMENT | 051 | Secured | 3,701.95 | 0.00 | 0.00 | 3,701.95 |
| WELLS FARGO BANK NA | 052 | Unsecured | 499.95 | 0.00 | 0.00 | 499.95 |
| WELLS FARGO BANK | 053 | Special | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | 008 | Priority | 52,803.98 | 0.00 | 0.00 | 52,803.98 |
| INTERNAL REVENUE SERVICE | 008 | Unsecured | 337,460.37 | 0.00 | 0.00 | 337,460.37 |
| SELECT PORTFOLIO SERVICIN | 801 | Secured | 6,621.90 | 0.00 | 0.00 | 6,621.90 |
| SELECT PORTFOLIO SERVICIN | 054 | Special | 0.00 | 0.00 | 0.00 | 0.00 |
| NORTHAMPTON TAX DEPT. | 055 | Secured | 99.25 | 0.00 | 0.00 | 99.25 |
| NC DEPT. OF REVENUE | 036 | Unsecured | 15,651.59 | 0.00 | 0.00 | 15,651.59 |

# United States Bankruptcy Court
## For The
### Eastern District of North Carolina Greenville Division

| | |
|---|---|
| LARRY & FREIDA P. WELLMAN | Case No.: 13-06245-8-SWH |
| 410 W. GARNER STREET | SS #1: XXX-XX-7559 |
| WILSON, NC 27893 | SS #2: XXX-XX-7746 |

## FINAL REPORT AND ACCOUNT

| This case was commenced on | MO. | DAY | YR. | | The Plan was confirmed on | MO. | DAY | YR. | | The Case was concluded on | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10 | 03 | 13 | | | 12 | 09 | 14 | | | 05 | 21 | 15 |

Dismissed After Confirmation

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.                                $ 75,086.00

| DISBURSEMENTS TO CREDITORS | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID | | BALANCE DUE |
|---|---|---|---|---|---|---|
| CREDITOR'S NAME | | | | PRINCIPAL | INTEREST | |
| LARRY & FREIDA P. WELLMAN | 999 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 272,113.07 | 53,204.16 | 368,258.15 | 0.00 | 0.00 | 693,575.38 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 65,494.90 | 0.00 | 0.00 | 0.00 | 0.00 | 65,494.90 | |
| INTEREST PAID | 3,319.74 | 0.00 | 0.00 | 0.00 | 0.00 | 3,319.74 | 68,814.64 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| TRAVIS SASSER | 3,741.00 | 2,555.22 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES | | TRUSTEE | | OTHER COST | |
|---|---|---|---|---|---|---|---|
| | | CLERK'S CHARGES | .25 EACH CLAIM OVER 10 | EXPENSE FUND | COMPENSATION FUND | | |
| | 0.00 | 0.00 | | 1,858.09 | 1,858.05 | 0.00 | 3,716.14 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and The Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just. Pursuant to FRBP 5009, I hereby certify that the above captioned case has been fully administered.

Dated: 08/20/2015                Richard M. Stearns
                                 1015 Conference Dr.
                                 Greenville, NC  27858